| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.: 7:24-CR-00890-DCC-22 |
| | ) | |
| -vs- | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **STATUS CONFERENCE TO ADDRESS** |
| JASON BLANCHARD | ) | **MODIFICATION OF BOND** |
| | ) | **CONDITIONS** |
| | ) | |
| | ) | |
| | ) | |

    Now comes the Defendant, by and through his attorney, and respectfully asks this Court to schedule a Status Conference to address modification of Mr. Blanchard's bond conditions. Mr. Blanchard was released on May 23, 2025, on a $25,000 unsecured bond with substance abuse testing (ECF 628). On November 10, 2025, Mr. Blanchard's bond was modified to include participation and completion of in-patient drug treatment upon the opening of bed space (ECF 897). On November 12, 2025, Mr. Blanchard was released from custody due to bed space being available at Faith Home in Cowpens, SC (ECF 911).

    Upon information and belief, Mr. Blanchard is scheduled to graduate from Faith Home in Cowpens, SC on January 10, 2026. Mr. Blanchard is requesting a status conference to address whether he will be allowed to remain on bond upon his graduation from Faith Home in Cowpens, SC.

    Undersigned counsel has consulted with the United States Attorney's Office on December 8, 2025, prior to the filing of this motion. Undersigned Counsel has also consulted with United States Probation Officer Tim Hurst on December 18, 2025, prior to the filing of this motion.

*(Signature Page to Follow)*

Respectfully submitted,

*s/John D. Solar*
John D. Solar, Esquire (Fed. Id # 13697)
Clarkson, Walsh & Coulter, P.A.
1164 Woodruff Rd.
Greenville, SC 29607
Phone Number: (864) 672-7119
Email: Jsolar@clarksonwalsh.com
Attorney for Defendant Jason Blanchard

Greenville, SC
December 21, 2025